| | |
|---|---|
| 1 | Kathleen G. Alvarado, SBN 117690 |
| 2 | Attorney at Law<br>3890 Tenth Street, 3rd Fl.<br>Riverside, CA 92501 |
| 3 | Telephone: (951) 682-6630<br>Facsimile: (951) 682-0056 |
| 4 | |
| 5 | Attorney for Plaintiff,<br>DAVID MORALES |
| 6 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MORALES | | Case No. CV10-1097 JFW (OPx) |
| | Plaintiff, | **NOTICE OF ERRATA** |
| vs. | | |
| | | Date of hearing: May 3, 2010 |
| INDYMAC FEDERAL SAVINGS BANK; ONE WEST BANK, FSB, FORMALLY KNOWN as INDYMAC BANK, FSB; QUALITY LOAN SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; STEVEN MNUCHIN; KEVIN McCARTHY; JEAN P. FERNANDEZ; MICHELLE NGUYEN; J.C. SAN PEDRO; JAMES C. MORRIS; LEE PASCHEN; NICOLE FUENTES; KEVIN BRABANT; RICK WILKENS; ROGER STOTTS; and DOES 1 to 10, | | Time: 01:30 p.m.<br>Ctrm: 16<br>Judge: Hon. John F. Walter |
| | Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Document 41 filed on 04/13/2010 needs to be added the following:

1. Plaintiff Amended opposition to defendant OneWest Bank, FSB, Mortgage Electronic

NOTICE OF ERRATA

Registration System, Inc., Steven Mnuchin, J.C. San Pedro and Roger Stott's Motion to dismiss plaintiff First Amendment Complain.

2. Amended Declaration of Kathleen G. Alvarado in support plaintiff's opposition to defendant OneWest Bank F.S.B., Mortgage Electronic Registration System, Inc., Steven Mnuchin, J.C. San Pedro and Roger Stotts.

3. Proof of service.

Respectfully submitted

By:    /s/ Kathleen G. Alvarado
       Kathleen G. Alvarado

NOTICE OF ERRATA