# EXHIBIT "1"

**McCARTHY & HOLTHUS, LLP**
Renee De Golier, Esq. (SBN: 262999)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800 ex. 2038
Facsimile: (619) 685 4811

Attorneys for Defendants,
Quality Loan Service Corporation, erroneously sued as Quality Loan Services, Inc., Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes, and Kevin Brabant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORALES; et al.,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC FEDERAL SAVINGS BANK; ONE WEST BANK, FSB, FORMALLY KNOWN AS INDYMAC BANK, FSB; QUALITY LOAN SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; STEVE MNUCHIN; KEVIN MCCARTHY; JEAN P. FERNANDEZ; MICHELLE NGUYEN; J.C. SAN PEDRO; JAMES C. MORRIS; LEE PASCHEN; NICOLE FUENTES; KEVIN BRABANT; RICK WILKENS; ROGER STOTTS; and DOES 1 to 100,<br><br>Defendants. | Case No. 2:10-cv-01097-JFW-OP<br><br>**QUALITY LOAN SERVICE CORPORATION, KEVIN MCCARTHY, MICHELLE NGUYEN, LEE PASCHEN, NICOLE FUENTES, AND KEVIN BRABANT'S DECLARATION OF NONMONETARY STATUS**<br>[Civil Code §29241] |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Defendants QUALITY LOAN SERVICE CORPORATION, erroneously sued as QUALITY LOAN SERVICES, INC., KEVIN MCCARTHY, MICHELLE NGUYEN, LEE PASCHEN, NICOLE FUENTES, and KEVIN BRABANT, (collectively "DEFENDANTS") hereby

submit the attached Declaration of Trustee's Nonmonetary status pursuant to California Civil Code §2924*l*.

Section 2924*l* provides in the pertinent part that:

> "[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee then at any time, the trustee may file a declaration of nonmonetary status."

DEFENDANTS were named in the above-entitled action solely in their capacity as Trustee under the Deed of Trust, which is the subject of this action, executed by Plaintiff against the real property commonly known as 7057 Mesada Street Rancho Cucamonga, CA 91701. DEFENDANTS aver they are not liable for any actions performed in the capacity of the Trustee.

Dated: March 22, 2010

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ Renee De Goiler
Renee De Goiler, Esq.
Attorneys for Defendants,
Quality Loan Service Corporation, Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes and Kevin Brabant

**McCARTHY & HOLTHUS, LLP**
Renee De Golier, Esq. (SBN: 262999)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800 ex. 2038
Facsimile: (619) 685 4811

Attorneys for Defendants,
Quality Loan Service Corporation, erroneously sued as Quality Loan Services, Inc., Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes, and Kevin Brabant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORALES; et al., <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC FEDERAL SAVINGS BANK; ONE WEST BANK, FSB, FORMALLY KNOWN AS INDYMAC BANK, FSB; QUALITY LOAN SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; STEVE MNUCHIN; KEVIN MCCARTHY; JEAN P. FERNANDEZ; MICHELLE NGUYEN; J.C. SAN PEDRO; JAMES C. MORRIS; LEE PASCHEN; NICOLE FUENTES; KEVIN BRABANT; RICK WILKENS; ROGER STOTTS; and DOES 1 to 100, <br><br> Defendants. | Case No. CIVRS 909567 <br><br> **DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S DECLARATION OF NONMONETARY STATUS** |

I, David Owen, declare as follows:

1. I am the Chief Operations Officer for Defendant Quality Loan Service Corp. ("Quality"). Defendants (Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes, and Kevin Brabant) are Agents of the trustee (collectively "Agents"). I make the following Declaration in support of their Nonmonetary

1

1  Status.

2  2. If called to testify as a witness thereon, I could and would competently
3  testify as to all the facts stated in this Declaration.

4  3. This Declaration is made pursuant to California Civil Code section
5  29241.

6  4. Quality is a Trustee under a Deed of Trust dated October 24, 2006.
7  Agents work for Quality. Said Deed of Trust is a secured lien on real property
8  commonly known as 7057 Mesada Street Rancho Cucamonga, CA 91701, and was
9  recorded on October 31, 2006 in the San Bernardino County Recorder's Office as
10 Instrument Number 2006-0742474.

11 5. Quality and Agents are Defendants in this action solely in Quality and
12 Agents' capacity as Trustee under the Subject Deed of Trust. Further, it is Quality
13 and Agents' reasonable belief that they have not been named as a Defendant
14 because of any acts or omissions on their part in the performance of Quality's duties
15 as Trustee.

16 6. The Complaint seeks causes of action believed to be directed at co-
17 Defendants and not the Trustee. Quality and Agents believe they have been named
18 simply as nominal Defendants and that Plaintiff is not seeking any monetary or
19 other relief against it, other than as a necessary party for the purposes of verifying
20 acts taken and/or carrying out any necessary acts in accordance with its position as
21 Trustee under the Deed of Trust. Plaintiff has alleged a Quiet Title cause of action,
22 seeking to settle and determine between parties any and all conflicting claims to the
23 property in controversy, pursuant to California Code of Civil Procedure 760.010. As
24 Trustee, Quality and Agents have no claim of ownership to the property, but acts as
25 the agent for the Trustor and Beneficiary for the limited purpose of conducting a
26 sale in the event of the Trustor's default or reconveying the property upon
27 satisfaction of the debt.

28 7. Quality and Agents agree to be bound by whatever order or judgment

2
DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS

CA09-42712

1  is issued by this Court regarding the Trustee, provided such order or judgment is
2  nonmonetary relief only.
3      I declare under penalty of perjury under the laws of the State of California,
4  that the foregoing its true and correct. Executed on March 22, 2010 at San Diego
5  California.

By: _____
David Owen
Chief Operations Officer for
Defendant,
Quality Loan Service Corporation

---

3

**DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS**

1  McCARTHY & HOLTHUS, LLP
   Renee De Golier, Esq. (SBN: 262999)
2  David C. Scott, Esq. (SBN: 225893)
   1770 Fourth Avenue
3  San Diego, CA 92101
   Telephone: (619) 685-4800 ex. 2038
4  Facsimile: (619) 685 4811

5  Attorneys for Defendants,
   Quality Loan Service Corporation, erroneously sued as Quality Loan Services, Inc.,
6  Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes, and Kevin
   Brabant
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAVID MORALES; et al.,                  | Case No. CIVRS 909567
12 |                              Plaintiff, |
   | v.                                      |
13 |                                         | **PROOF OF SERVICE**
   | INDYMAC FEDERAL SAVINGS
14 | BANK; ONE WEST BANK, FSB,
   | FORMALLY KNOWN AS INDYMAC
15 | BANK, FSB; QUALITY LOAN
   | SERVICES, INC.; MORTGAGE
16 | ELECTRONIC REGISTRATION
   | SYSTEMS, INC.; FIRST AMERICAN
17 | TITLE INSURANCE COMPANY;
   | STEVE MNUCHIN; KEVIN
18 | MCCARTHY; JEAN P. FERNANDEZ;
   | MICHELLE NGUYEN; J.C. SAN
19 | PEDRO; JAMES C. MORRIS; LEE
   | PASCHEN; NICOLE FUENTES;
20 | KEVIN BRABANT; RICK WILKENS;
   | ROGER STOTTS; and DOES 1 to 100,
21 |
   |                             Defendants
22

23                    **DECLARATION OF SERVICE**

24      I, Aimee Soderberg, declare:

25      I am a citizen of the United States and I am employed in the County of San

26 Diego, State of California; I am over the age of 18 years and not a party to this

27 action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

28

                                      1
                              PROOF OF SERVICE

CA09-42712

1  I further declare that I am readily familiar with the business practice of
2  McCarthy & Holthus, LLP for service of documents, that documents served by
3  facsimile are transmitted in and the original deposited with the United States Postal
4  Service in our ordinary course of business on the same day, the documents served
5  by mail are deposited with the United States Postal Service in the ordinary course of
6  business the same day and that documents served personally are delivered the same
7  day.

8  On March 24, 2010, I served the following document(s):

9  - **QUALITY'S DECLARATION OF NONMONETARY STATUS;**
10 - **DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S DECLARATION OF NONMONETARY STATUS.**

Kathleen G. Alvarado, Esq.
San Bernardino District Attorneys Office
8303 Haven Avenue
Rancho Cucamonga, CA 91730

*Attorney for Plaintiff*

Michael A. Angel, Esq.
Zachary James Brown, Esq.
Meserve Munper & Hughes, LLP
300 South Grand Avenue 24th Floor
Los Angeles, CA 90071-3185

*Attorneys for Federal Deposit Insurance Corporation and Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB*

Robert James Cathcart, Esq.
Eleanor M. Ord, Esq.
Allen Matkins Leck Gamble Mallory Natsis, LLP
515 S. Figueroa Street
9th Floor
Los Angeles, CA 90071

*Attorneys for One West Bank, FSB, Mortgage Electronic Registration Systems, Inc., Steven Mnuchin, J.C. San Pedro and Roger Stotts*

in the following manner of service (check appropriate):

    __XX__    **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

    _____    **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

    _____    **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

    _____    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on March 24, 2010 at San Diego, California.

By: _/s/ Aimee Soderberg_____
    Aimee Soderberg

---

3
**PROOF OF SERVICE**

CA09-42712