**McCARTHY & HOLTHUS, LLP**
Renee De Golier, Esq. (SBN: 262999)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800 ex. 2038
Facsimile: (619) 685 4811

Attorneys for Defendants,
Quality Loan Service Corporation, erroneously sued as Quality Loan Services, Inc., Kevin McCarthy, Michelle Nguyen, Lee Paschen, Nicole Fuentes, and Kevin Brabant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORALES; et al., <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC FEDERAL SAVINGS BANK; ONE WEST BANK, FSB, FORMALLY KNOWN AS INDYMAC BANK, FSB; QUALITY LOAN SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; STEVE MNUCHIN; KEVIN MCCARTHY; JEAN P. FERNANDEZ; MICHELLE NGUYEN; J.C. SAN PEDRO; JAMES C. MORRIS; LEE PASCHEN; NICOLE FUENTES; KEVIN BRABANT; RICK WILKENS; ROGER STOTTS; and DOES 1 to 100, <br><br> Defendants. | Case No. 2:10-cv-01097-JFW-OP <br><br> **PROOF OF SERVICE** |

### DECLARATION OF SERVICE

I, Aimee Soderberg, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

1
PROOF OF SERVICE

1  I further declare that I am readily familiar with the business practice of
2  McCarthy & Holthus, LLP for service of documents, that documents served by
3  facsimile are transmitted in and the original deposited with the United States Postal
4  Service in our ordinary course of business on the same day, the documents served
5  by mail are deposited with the United States Postal Service in the ordinary course of
6  business the same day and that documents served personally are delivered the same
7  day.

8  On April 26, 2010, I served the following document(s) on the persons listed
9  below:

- **NOTICE OF NON-OPPOSITION TO QUALITY LOAN SERVICE CORPORATION'S DECLARATION OF NONMONETARY STATUS**

Kathleen G. Alvarado, Esq.
San Bernardino District Attorneys Office
8303 Haven Avenue
Rancho Cucamonga, CA 91730

*Attorney for Plaintiff*

Michael A. Angel, Esq.
Zachary James Brown, Esq.
Meserve Munper & Hughes, LLP
300 South Grand Avenue 24th Floor
Los Angeles, CA 90071-3185

*Attorneys for Federal Deposit Insurance Corporation and Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB*

Robert James Cathcart, Esq.
Eleanor M. Ord, Esq.
Allen Matkins Leck Gamble Mallory Natsis, LLP
515 S. Figueroa Street
9th Floor
Los Angeles, CA 90071

*Attorneys for One West Bank, FSB, Mortgage Electronic Registration Systems, Inc., Steven Mnuchin, J.C. San Pedro and Roger Stotts*

in the following manner of service (check appropriate):

**__XX__    BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

**_____    BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

**_____    BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

**_____    BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

**_____    BY ELECTRONIC FILING:** The documents were filed electronically via this court's CM/ECF system. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the court's rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

///
///
///

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on April 26, 2010 at San Diego, California.

By: /s/ Aimee Soderberg
Aimee Soderberg