ROBERT J. CATHCART (BAR NO. 54906)
ELEANOR M. ORD (BAR NO. 242033)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mcathcart@allenmatkins.com
eord@allenmatkins.com

Attorneys for Defendants
ONEWEST BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STEVE MNUCHIN; J.C. SAN PEDRO; AND ROGER STOTTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division

DAVID MORALES,

Plaintiff,

vs.

INDYMAC FEDERAL SAVINGS BANK; ONE WEST BANK, FSB, FORMALLY KNOWN AS INDYMAC BANK, FSB; QUALITY LOAN SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; STEVEN MNUCHIN; KEVIN MCCARTHY; JEAN P. FERNANDEZ; MICHELLE NGUYEN; J.C. SAN PEDRO;JAMES C. MORRIS; LEE PASCHEN; NICOLE FUENTES; KEVIN BRABANT; RICK WILKENS; ROGER STOTTS; and Does 1 to 100,

Defendants.

Case No. CV10-1097 JFW (OP)

[Assigned to Judge Hon. John F. Walter]

ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., STEVEN MNUCHIN, J.C. SAN PEDRO AND ROGER STOTTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

[Request for Judicial Notice and [Proposed] Order Filed Concurrently]

Date: May 3, 2010
Time: 1:30 p.m.
Ctrm: 16

First Amended Complaint Filed: January 12, 2010

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP

859106.01/LA

Case No. CV10-1097 JFW (OP)
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Notice to Filer of Deficiencies in Electronically Filed Documents dated April 5, 2010, Defendants OneWest Bank, FSB (erroneously sued as OneWest Bank formally known as IndyMac Bank, FSB), Mortgage Electronic Registration Systems, Inc., Steven Mnuchin, J.C. San Pedro, and Roger Stotts (collectively "Moving Defendants") hereby submit this Amended Notice of Motion and Motion to Dismiss First Amended Complaint. On May 3, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 16 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA, Moving Defendants will move the Court for an order dismissing this action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) on the basis that Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted.

Plaintiff's First Amended Complaint fails to establish any wrongdoing by Moving Defendants and his claims are either time-barred or barred as a matter of law. In short, Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted. This Motion to Dismiss is based on this Amended Notice, the attached Memorandum of Points and Authorities, the attached Request for Judicial Notice, the records and pleadings on file herein and such other evidence as may be presented.

///

///

///

///

///

///

///

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP

859106.01/LA

-2-

Case No. CV10-1097 JFW (OP)
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 19, 2010.

Dated: April 27, 2010

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
ROBERT J. CATHCART
ELEANOR M. ORD

By: /s/ Eleanor M. Ord
ELEANOR M. ORD
Attorneys for Defendants
ONEWEST BANK, F.S.B, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., STEVEN MNUCHIN; J.C. SAN PEDRO; and ROGER STOTTS

# CERTIFICATE OF SERVICE

*David Morales v. IndyMac Federal Savings Bank, et al.*
USDC, Central District of California, Western Division
Case No.: CV10-1097 JFW (OP)

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On April 27, 2010, I served on interested parties in said action the within:

ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., STEVEN MNUCHIN, J.C. SAN PEDRO AND ROGER STOTTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Kathleen Alvarado, Esq.
3890 Tenth Street, 3rd Floor
Riverside, CA 92501
(951) 905-8132 / (951) 682-0056

*Attorney for Plaintiff DAVID MORALES*

Michael A. Angel, Esq.
Zachary J. Brown, Esq.
Meserve, Mumper & Hughes LLP
300 South Grand Avenue, 26th Floor
Los Angeles, California 90071-3185

*Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK FSB*

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 27, 2010, at Los Angeles, California.

| Shirley J. Forster | /s/ *Shirley J. Forster* |
| --- | --- |
| (Type or print name) | (Signature) |

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP

859106.01/LA

-4-

Case No. CV10-1097 JFW (OP)
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS